# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Lisa Kaput<br><br>    Plaintiff,<br><br>v.<br><br>Dynia & Associates, LLC<br>d/b/a Budzik & Dynia, LLC,<br><br>    Defendant. | Case No. 2:13-cv-10262<br><br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Macey Bankruptcy Law, P.C.
    Attorneys for Plaintiff

    By: s/Nicholas Prola
        Nicholas Prola
        233 S. Wacker, Suite 5150
        Chicago, IL 60606
        Telephone:  866-339-1156
        Fax: 312-822-1064
        Email: nprola@maceybankruptcylaw.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2013, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on April 18, 2013,

addressed as follows:

Dynia & Associates, LLC
4849 N. Milwaukee Av., Suite 801
Chicago, IL 60630

/s/ Nicholas J. Prola